482

No. 45050.—Protest 43765–K, of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the opera glasses in question were held dutiable at 35 percent under paragraph 228 (b) by virtue of the trade agreement with France.

No. 45051.—Protests 42595–K, etc., of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the opera glasses in question were held dutiable at 35 percent under paragraph 228 (b) and the French Trade Agreement (T. D. 48316), *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) followed, and trick wood jumping sticks similar to those the subject of Abstract 44028 were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 45052.—Protests 991987–G, etc., of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Wooden jumping sticks similar to those the subject of Abstract 44028 at 33⅓ percent under paragraph 412; (2) magic daggers of metal at 45 percent under paragraph 397, Abstract 37637 followed; and (3) three-tube horns composed of metal similar to those the subject of Abstract 40185 at 45 percent under paragraph 397.

No. 45053.—Protests 36518–K, etc., of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the spring daggers in question are similar to those the subject of Abstract 37637. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 45054.—Protest 40517–K of M. Shimmel (New York).

Opinion by OLIVER, P. J. It was stipulated that the siren whistles in question are in chief value of metal, similar to those the subject of Abstracts 39948 and 40480. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 45055.—Protest 826116–G of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the rubber mice in question are in part of bamboo and similar to those the subject of Abstract 40389. The claim at 45 percent under paragraph 409 was therefore sustained.